**Phillips & Paolicelli, LLP**
747 3rd Avenue, 6th Floor
New York, New York, 10017
Phone: 212-388-5100; Fax 212-388-5200
Attorneys for Plaintiffs
By:  Steven Phillips, Esq.
     Victoria E. Phillips, Esq.
     Melissa Stewart, Esq.
     (*Admitted Pro Hac Vice*)

**Szaferman Lakind Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400; Fax: 609-275-4511
Attorneys for Plaintiff
By:  Arnold Lakind, Esq.
     Janine G. Bauer, Esq.

**Cooney & Conway**
120 N. Lasalle Street, Suite 3000
Chicago, Illinois 60602
Phone:  312-236-6166; Fax 312-236-3029
Attorneys for Plaintiff
By:  Kevin Cooney, Esq.
     Michael Lubeck, Esq.
     (*Admitted Pro Hac Vice*)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARISA BAKER, KIMBERLEY BAKER AND STEVEN BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>A CLEMENTE, INC.; ANTHONY CLEMENTE, INC.; SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E.I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CAMDEN COUNTY ENERGY RECOVERY ASSOCIATES LP; CAMDEN COUNTY ENERGY RECOVERY CORP.; FOSTER WHEELER CAMDEN COUNTY INC.; COVANTA CAMDEN GP, LLC; THE 3M COMPANY; AND JOHN DOE ENTITIES #1-20<br><br>Defendants. | CIVIL ACTION NO. 1:22-cv-4611-NLH-AMD<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE STEVEN BAKER AS THE ADMININSTRATOR OF THE ESTATE OF KIMBERLY BAKER**<br><br>**Returnable: November 3, 2025** |

15197754.1

PLEASE TAKE NOTICE that on Monday, November 3, 2025, at 10:00 A.M., or as soon thereafter as counsel may be heard, attorneys for Plaintiffs, shall move, pursuant to *Fed. R. Civ. P.* 15 and *L. Civ. R.* 15.1 before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, N.J. 08101 for the entry of an order granting leave to amend the Complaint in the above matter in conformance with the proposed amended Complaint attached to the Declaration of Arnold Lakind, Esq. as Exhibit B for the purpose of substituting Steven Baker as Administrator of the Estate of Plaintiff, Kimberly Baker, inasmuch as Kimberly Baker has died.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon accompanying Declaration of Arnold Lakind.

Pursuant to *L. Civ. R.* 15.1, Plaintiffs do not believe that the motion to amend will be opposed.

By: *s/Arnold C. Lakind*
Arnold C. Lakind
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400
Fax. (609) 275-4511

Attorneys for Plaintiffs

Dated: October 9, 2025

2